FILED

NOV 18 2009

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 09-00955 PVT |
| Plaintiff, | [PROPOSED] ORDER CONTINUING STATUS HEARING RE PRETRIAL DIVERSION |
| vs. | |
| STACEY LEE LEARY, | Hon. Patricia V. Trumbull |
| Defendant. | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the status hearing currently scheduled for Thursday, November 19, 2009, at 1:30 p.m., shall be continued to Thursday, December 3, 2009, at 11:00 a.m.

Dated: November 18, 2009

_____
HON. PATRICIA V. TRUMBULL
United States Magistrate Judge

[Proposed] Order Continuing Hearing
CR 09-00955 PVT                                    1