JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

DANIEL R. KALEBA (CASBN 223789)
Assistant United States Attorney

LILY R. ROBINTON
Law Clerk

DEC 0   2009

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5061
Facsimile: (408) 535-5066
E-mail: daniel.kaleba@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

UNITED STATES OF AMERICA,            )   No. CR 09-00955 PVT
                                     )
        Plaintiff,                   )   STIPULATION AND [PROPOSED]
                                     )   ORDER TO EXCLUDE TIME AND
    v.                               )   DEFER PROSECUTION
                                     )
STACEY LEARY                         )
                                     )
        Defendant.                   )
                                     )

The parties hereby request that the Court exclude time under the Speedy Trial Act in the

above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from December 3, 2009 to June 3, 2011

for deferral of prosecution. The defendant was recently accepted into a pretrial diversion

program for a eighteen-month period, and the terms of her diversion include that she complete 40

hours of community service. Therefore, the parties request that the Court exclude time under the

//

//

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
No. CR 09-00955 PVT

1  Speedy Trial Act in order for the defendant to demonstrate good conduct while her case is
2  deferred.
3  SO STIPULATED.
4                                              JOSEPH P. RUSSONIELLO
5                                              United States Attorney
6  DATED: 12/3/09                              /S/
7                                              DANIEL R. KALEBA
                                               Assistant United States Attorney
8
9  DATED: 12/3/09                              /S/
10                                             CYNTHIA LIE
                                               Assistant Federal Public Defender
11
12                                 ORDER
13      Based on the stipulation of the parties and for good cause shown, IT IS HEREBY
14  ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2)
15  from December 3, 2009 to June 3, 2011 for deferral of prosecution by the Government for the
16  purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial
17  diversion program.
18
19  DATED: 12/2/09
20                                             PATRICIA V. TRUMBULL
                                               United States Magistrate Judge
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
No. CR 09-00955 PVT