**FILED**

JUN 0 3 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>           )<br>   Plaintiff,    )<br>           )<br>   v.        )<br>           )<br>STACEY LEE LEARY,     )<br>           )<br>   Defendant.    )<br>_____) | No.  CR 09-00955 PSG<br><br>[PROPOSED] ORDER |

In light of the government's motion, and for the reasons stated therein, the information filed under CR 09-00955 PSG as to defendant STACEY LEE LEARY is hereby ordered dismissed without prejudice.

IT IS SO ORDERED.

Date: June 3, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

3